# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

In re:                                )
                                      )
JONES, Alyssa M.,                     )   Case Number 16-80805
                                      )   (Chapter 7)
                                      )
             Debtor                   )

## MOTION TO EXTEND TIME

THE DEBTOR, Alyssa M. Jones, by her attorney, Charles E. Covey, moves this court for an order extending the time to file a reaffirmation agreement with RoundPoint Mortgage Servicing Corporation. In support of this motion, the debtor states as follows:

1.  Debtor is scheduled to be discharged on or about September 4, 2016.

2.  Debtor has been negotiating a reaffirmation agreement with RoundPoint Mortgage Servicing Corporation for her home.

3.  The debtor requires additional time to electronically file the reaffirmation agreements with the Bankruptcy Court, and requests a six (6) week extension.

4.  In order to timely file the reaffirmation agreements, debtor seeks to extend the issuance of her discharge until October 13, 2016.

WHEREFORE, debtor prays that this court enter an order extending the time to issue the discharge to October 13, 2016 for the sole purpose of allowing the reaffirmation agreement with RoundPoint Mortgage Servicing Corporation to be timely filed.

                                Alyssa M. Jones

                        By:     Charles E. Covey
                                Her Attorney

## PROOF OF SERVICE

      A copy of this pleading is being electronically served upon the United States Trustee and the chapter 7 trustee by the Bankruptcy Court.

                          __/s/ Charles E. Covey_____
                                Charles E. Covey

Mr. Charles E. Covey
Law Offices of Charles E. Covey
416 Main Street, Suite 700
Commerce Bank Building
Peoria, Illinois   61602-1180
Telephone:   (309)674-8125